# Exhibit 2

Charted Claims:

Method Claims:1

| US8471812B2 | Zara Mobile Application ("Accused Product") |
|---|---|
| 1. A method for identifying an object, the method comprising: | The accused product practices a method for identifying (e.g., detecting and searching similar products) an object (e.g., handbag, apparel, shoes, etc.).<br><br>As shown below, the accused product, when enabled on a user's smartphone, is used to detect, and identify objects such as apparel, shoes, etc. in an image. The image is scanned via the smartphone's camera. The accused product identifies different objects in the image . Once the objects are identified, similar products are searched. A list of these products is then presented to the user to view and buy.<br><br> |

http://zara.com/us/

https://play.google.com/store/apps/details?id=com.inditex.zara&hl=en_US

FREQUENTLY ASKED QUESTIONS

**CAN I FIND AN ITEM WITH A PHOTO?**

You can find this option in our app. Click on the magnifying lens symbol to search by image. If you do not find the item you are looking for, we suggest you contact us so we can help you.

https://www.zara.com/us/en/help-center/ItemsAvailability



https://www.youtube.com/watch?v=OptMpaBEAsk



https://www.youtube.com/watch?v=OptMpaBEAsk



How to make an image-based search on Zara app? - Zara Tips

https://www.youtube.com/watch?v=OptMpaBEAsk

| (a) providing a pointing and identification device for pointing at the object, | The accused product practices providing a pointing and identification device (e.g., smartphone with accused product enabled on it) for pointing at the object (e.g., apparel, shoes, etc.).<br><br>As shown below, the accused product is enabled on a user's smartphone. The smartphone is then used to point-to and scan objects for identification by the accused product. After enabling the accused product on a smartphone, a user scans a new object image. This |

image is used by the accused product to search and to identify and present similar products to the user.

FREQUENTLY ASKED QUESTIONS

**CAN I FIND AN ITEM WITH A PHOTO?**                                      —

You can find this option in our app. Click on the magnifying lens symbol to search by image. If you do not find the item you are looking for, we suggest you contact us so we can help you.

https://www.zara.com/us/en/help-center/ItemsAvailability



https://www.youtube.com/watch?v=OptMpaBEAsk



https://www.youtube.com/watch?v=daFw3jpzMz0



https://www.youtube.com/watch?v=OptMpaBEAsk



https://www.youtube.com/watch?v=OptMpaBEAsk

| the pointing and identification device comprising: at least one actuation means for actuation by the user when the user points the pointing and identification | The accused product comprises the pointing and identification device (e.g., smartphone with accused product enabled on it) comprising: at least one actuation means (e.g., snap button to capture and search for an object) for actuation by the user (e.g., click by the user) when the user points the pointing and identification device (e.g., smartphone with accused product enabled on it) at the object (e.g., apparel, shoes etc.). |
|---|---|
| | As shown below, when a user points a smartphone (with accused product installed on it), at an object (such as an apparel, shoes etc.), and clicks on a snap button, an image of the |

| device at the object; | pointed-at object is clicked. The object is then identified by the accused product and searched. Similar products are then identified and presented to the user. |
| --- | --- |
|  | FREQUENTLY ASKED QUESTIONS<br><br>CAN I FIND AN ITEM WITH A PHOTO?  —<br><br>You can find this option in our app. Click on the magnifying lens symbol to search by image. If you do not find the item you are looking for, we suggest you contact us so we can help you.<br><br>https://www.zara.com/us/en/help-center/ItemsAvailability |



https://www.youtube.com/watch?v=OptMpaBEAsk



How to search for an item by uploading a picture to ZARA?

https://www.youtube.com/watch?v=daFw3jpzMz0

| a digital camera for forming a digital image of the object or of a portion of the object when the user points the pointing and identification | The accused product comprises a digital camera (e.g., camera of the smartphone with accused product enabled on it) for forming a digital image (e.g., image captured by the camera) of the object (e.g., apparel, shoes etc.) or of a portion of the object when the user points the pointing and identification device (e.g., smartphone with accused product enabled on it) at the object (e.g., apparel, shoes etc.) and actuates the at least one actuation means (e.g., snap button to capture and search for an object). |
|---|---|

| | |
|---|---|
| device at the object and actuates the at least one actuation means; | As shown below, when a user points a smartphone (with accused product installed on it), at an object (such as an apparel, shoes etc.), and clicks on a search button, an image of the pointed-at object is clicked. The object is then identified by the accused application and searched. Similar products are then identified and presented to the user.<br><br>FREQUENTLY ASKED QUESTIONS<br><br>CAN I FIND AN ITEM WITH A PHOTO?<br><br>You can find this option in our app. Click on the magnifying lens symbol to search by image. If you do not find the item you are looking for, we suggest you contact us so we can help you.<br><br>https://www.zara.com/us/en/help-center/ItemsAvailability |



https://www.youtube.com/watch?v=OptMpaBEAsk



https://www.youtube.com/watch?v=daFw3jpzMz0



**How to search for an item by uploading a picture to ZARA?**

https://www.youtube.com/watch?v=daFw3jpzMz0



How to search for an item by uploading a picture to ZARA?

https://www.youtube.com/watch?v=daFw3jpzMz0

| | |
|---|---|
| and a communication device for communicating the digital image to a different location when the user | The accused product comprises a communication device (e.g., wireless communication module and associated processor of the smartphone) for communicating the digital image (e.g., image captured by the camera) to a different location (e.g., Zara server) when the user actuates the at least one actuation means (e.g., snap button to capture and search for an object). |
| | As shown below, the accused product is enabled on a user's smartphone. The smartphone |

| | |
|---|---|
| actuates the at least one actuation means; | is then used to point-to and scan objects for identification by the accused product. After enabling the accused product on a smartphone, a user scans a new object image. This image is searched by the accused product, to identify and present similar products to the user. <br><br>  <br><br> https://www.youtube.com/watch?v=OptMpaBEAsk |



https://www.youtube.com/watch?v=daFw3jpzMz0



How to search for an item by uploading a picture to ZARA?

https://www.youtube.com/watch?v=daFw3jpzMz0



How to search for an item by uploading a picture to ZARA?

https://www.youtube.com/watch?v=daFw3jpzMz0

# ZARA PRIVACY POLICY

Effective Date: September 21, 2021

Last Updated: December 4, 2024

## Applicability

This Privacy Policy describes how ZARA USA, INC. treats customer personal information on the websites, social media and mobile apps where it is located (in this policy we call these our Platforms). This policy also applies to information collected in our stores. Your use of this Platform indicates you agree to our collection, use and disclosure of your information as described in this Privacy Policy.

https://static.zara.net/static//pdfs/US/privacy-policy/privacy-policy-en_US-20260212_V1.pdf

**We use your information to communicate with you about our relationship.** We may communicate with you about your account or our relationship. This includes electronic messages (as SMS or push notifications) and calls about order status. We may also contact you about this Policy or our Platform Terms & Conditions.

**We use your information for marketing purposes.** We may provide you with information about new products and special offers. We may also serve you ads, personalized or not, about products and offers. We might tell you about new features or updates. These might be third party offers or products we think you might find interesting. For more information about your choices see the Choices section below.

**We use your personal data including those you provide into the AI Assistant** (such as text, images, or voice) in order to respond to your requests in a personalized way, and to enhance your browsing and shopping experience.

**We use your personal data** to respond to your request.

https://static.zara.net/static//pdfs/US/privacy-policy/privacy-policy-en_US-20260212_V1.pdf

| | |
|---|---|
| (b) communicating the digital image to the different location; | The accused product practices communicating the digital image (e.g., image captured by the camera) to the different location (e.g., Zara server).<br><br>As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product by scanning a new object, a digital image is taken. This image is then used by the accused product to search the digital inventory stored at Zara's server (e.g., different location). Similar products are then identified and presented to the user.<br><br><br>https://www.youtube.com/watch?v=OptMpaBEAsk |



**How to search for an item by uploading a picture to ZARA?**
https://www.youtube.com/watch?v=daFw3jpzMz0

# ZARA PRIVACY POLICY

Effective Date: September 21, 2021

Last Updated: December 4, 2024

## Applicability

This Privacy Policy describes how ZARA USA, INC. treats customer personal information on the websites, social media and mobile apps where it is located (in this policy we call these our Platforms). This policy also applies to information collected in our stores. Your use of this Platform indicates you agree to our collection, use and disclosure of your information as described in this Privacy Policy.

https://static.zara.net/static//pdfs/US/privacy-policy/privacy-policy-en_US-20260212_V1.pdf

**We use your information to communicate with you about our relationship.** We may communicate with you about your account or our relationship. This includes electronic messages (as SMS or push notifications) and calls about order status. We may also contact you about this Policy or our Platform Terms & Conditions.

**We use your information for marketing purposes.** We may provide you with information about new products and special offers. We may also serve you ads, personalized or not, about products and offers. We might tell you about new features or updates. These might be third party offers or products we think you might find interesting. For more information about your choices see the Choices section below.

**We use your personal data including those you provide into the AI Assistant** (such as text, images, or voice) in order to respond to your requests in a personalized way, and to enhance your browsing and shopping experience.

**We use your personal data** to respond to your request.

https://static.zara.net/static//pdfs/US/privacy-policy/privacy-policy-en_US-20260212_V1.pdf

| | |
|---|---|
| (c) automatically identifying a list of likely pointed-to objects from the digital image at the different location to return the list of likely pointed-to objects; and | The accused product practices automatically identifying a list of likely pointed-to objects (e.g., objects similar to the objects identified in an image) from the digital image (e.g., image captured by the camera) at the different location (e.g., Zara server) to return the list of likely pointed-to objects (e.g., objects similar to the objects identified in an image).<br><br>As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product by scanning a new object, a digital image of object is taken. This image is analysed to identify the object in the image. The object is then searched by the accused product across Zara's server (e.g., different locations). Products similar to the object in the image, are identified and presented to the user. The user can thereafter view and buy these products.<br><br>FREQUENTLY ASKED QUESTIONS<br><br>CAN I FIND AN ITEM WITH A PHOTO?<br><br>You can find this option in our app. Click on the magnifying lens symbol to search by image. If you do not find the item you are looking for, we suggest you contact us so we can help you.<br><br>https://www.zara.com/us/en/help-center/ItemsAvailability |

# ZARA PRIVACY POLICY

Effective Date: September 21, 2021

Last Updated: December 4, 2024

## Applicability

This Privacy Policy describes how ZARA USA, INC. treats customer personal information on the websites, social media and mobile apps where it is located (in this policy we call these our Platforms). This policy also applies to information collected in our stores. Your use of this Platform indicates you agree to our collection, use and disclosure of your information as described in this Privacy Policy.

https://static.zara.net/static//pdfs/US/privacy-policy/privacy-policy-en_US-20260212_V1.pdf

**We use your information to communicate with you about our relationship.** We may communicate with you about your account or our relationship. This includes electronic messages (as SMS or push notifications) and calls about order status. We may also contact you about this Policy or our Platform Terms & Conditions.

**We use your information for marketing purposes.** We may provide you with information about new products and special offers. We may also serve you ads, personalized or not, about products and offers. We might tell you about new features or updates. These might be third party offers or products we think you might find interesting. For more information about your choices see the Choices section below.

**We use your personal data including those you provide into the AI Assistant** (such as text, images, or voice) in order to respond to your requests in a personalized way, and to enhance your browsing and shopping experience.

**We use your personal data** to respond to your request.

https://static.zara.net/static//pdfs/US/privacy-policy/privacy-policy-en_US-20260212_V1.pdf



**How to search for an item by uploading a picture to ZARA?**
https://www.youtube.com/watch?v=daFw3jpzMz0



https://www.youtube.com/watch?v=daFw3jpzMz0

| (d) returning the list of likely pointed-to objects to the user to select one of the likely pointed-to objects; | The accused product practices returning the list of likely pointed-to objects (e.g., objects similar to the objects identified in an image) to the user to select (e.g., click to view and buy) one of the likely pointed-to objects (e.g., objects similar to the objects identified in an image).<br><br>As shown below, when a user uses the accused product, installed on the user's smartphone, and searches for a product by scanning a new object, a digital image of object is taken. This |

image is analysed to identify the object in the image. The object is then searched by the accused product. Products similar to the object in the image, are identified, and presented to the user. The user can thereafter view and buy these products.

FREQUENTLY ASKED QUESTIONS

**CAN I FIND AN ITEM WITH A PHOTO?**

You can find this option in our app. Click on the magnifying lens symbol to search by image. If you do not find the item you are looking for, we suggest you contact us so we can help you.

https://www.zara.com/us/en/help-center/ItemsAvailability



https://www.youtube.com/watch?v=OptMpaBEAsk



https://www.youtube.com/watch?v=daFw3jpzMz0

| wherein the object is at least one of a spot on a displayed image on a display, a subarea of a space on the displayed image on the display, one of a plurality of objects | The accused product practices - wherein the object (e.g., apparel, shoes etc.) is at least one of a spot on a displayed image on a display, a subarea of a space on the displayed image on the display, one of a plurality of objects (e.g., one of the multiple objects in an image) in the displayed image (e.g., image captured using smartphone camera) on the display (e.g., smartphone display), an object in space, or near an object in space, a subarea of a surface in space, or one of a plurality of objects in space.

As shown below, the accused product, when enabled on a user's smartphone, is used to |

| | |
|---|---|
| in the displayed image on the display, an object in space, or near an object in space, a subarea of a surface in space, or one of a plurality of objects in space | detect and identify objects such as apparel, shoes etc. in an image. When a user uses the accused product, an image of surroundings can be taken using the smartphone's camera. This digital image is then analysed by the accused product to identify objects. Among multiple objects (e.g., apparel, icons, etc.) identified in the image, the user can select to search for a specific object (e.g., apparel). Products similar to the selected object are then searched. These products are then presented to the user to view and buy.<br><br>FREQUENTLY ASKED QUESTIONS<br><br>**CAN I FIND AN ITEM WITH A PHOTO?**                    —<br><br>You can find this option in our app. Click on the magnifying lens symbol to search by image. If you do not find the item you are looking for, we suggest you contact us so we can help you.<br><br>https://www.zara.com/us/en/help-center/ItemsAvailability |



**How to search for an item by uploading a picture to ZARA?**

https://www.youtube.com/watch?v=daFw3jpzMz0



**How to search for an item by uploading a picture to ZARA?**

https://www.youtube.com/watch?v=daFw3jpzMz0



https://www.youtube.com/watch?v=daFw3jpzMz0



https://www.youtube.com/watch?v=daFw3jpzMz0