**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Pointwise Ventures LLC,**<br>Plaintiff,<br>v.<br>**ZARA USA, Inc.,**<br>Defendant. | Case No. 1:26-cv-06023-MMG<br>Patent Case<br>Jury Trial Demanded |

**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The request to dismiss this matter with prejudice is hereby GRANTED.

SO ORDERED.

Dated: September 17, 2026
New York, New York

MARGARET M. GARNETT
United States District Judge